PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

NOV 1 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF
PUBLIC STORAGE UNIT #B069,
5045 N. GATES AVENUE, FRESNO CA

CASE NO.   2:16-SW-0666 AC

[PROPOSED] ORDER TO UNSEAL SEARCH
WARRANT AND SEARCH WARRANT
AFFIDAVIT

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated:
11-18-2016

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge